**Order entered December 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00920-CV

**J.R., A JUVENILE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00313-X**

## ORDER

Before the Court is appellant's December 2, 2020 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **December 9, 2020**.

/s/    KEN MOLBERG
        JUSTICE